UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

AURELIO SANTIBANEZ
MARICHE, et al.,
      Plaintiffs,
v.

Civil Action 2:13-cv-0979
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

WALBERT TRUCKING,
INC., et al.,
      Defendants.

### ORDER

This matter is before the Court for consideration of a report and recommendation issued by Magistrate Judge Deavers on March 10, 2014. *See* doc. 4. Magistrate Judge Deavers recommended that the case be dismissed without prejudice pursuant to Rule 4(m) for failure to effect timely service of process. *Id.* at 1. The report and recommendation advised the parties that a failure to object within fourteen days would result in a waiver of the right to a *de novo* review. *Id.* at 2. The time period for objections has run and no party has objected. Therefore, the Court **ADOPTS** the report and recommendation. Consequently, this case is **DISMISSED without prejudice** for failure to effect timely service according to Rule 4(m).

IT IS SO ORDERED.

4-9-2014
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE