AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**AURELIO SANTIBANEZ MARICHE, et al.,**

        Plaintiffs,

v.

**WALBERT TRUCKING INC., et al.,**

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NO. 2:13-cv-0979
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE ELIZABETH P. DEAVERS

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed April 9, 2014, JUDGMENT is hereby entered DISMISSING this action.**

Date: April 9, 2014                            JOHN P. HEHMAN, CLERK

                                                                */S/ Andy F. Quisumbing*
                                                                 (By) Andy F. Quisumbing
                                                                  Courtroom Deputy Clerk